## **EXHIBIT A**

| TRANSFEROR | DATE | AMOUNT |
|---|---|---|
| Akorn Operating Company, LLC | 12/8/2022 | $1,656.33 |
| Akorn Operating Company, LLC | 12/15/2022 | $5,336.68 |
| Akorn Operating Company, LLC | 12/23/2022 | $358.67 |
| Akorn Operating Company, LLC | 1/26/2023 | $3,152.90 |
| Akorn Operating Company, LLC | 2/22/2023 | $35,000.00 |

TOTAL TRANSFERS - $45,504.58